EASTERN DIST.
*April,* 1835.

M'PHILIN'S
EXECUTORS
*vs.*
GILLISE.

## M'PHILIN'S EXECUTORS *vs.* GILLISE.

APPEAL FROM THE PARISH COURT, FOR THE PARISH AND CITY OF
NEW-ORLEANS.

When there is nothing in the record which would authorise the appellant
to hope for any relief against a judgment rendered on his confession, it
will be affirmed with ten per cent. damages and costs.

This is an action on a promissory note executed by the
defendant payable to Patrick M'Philin, for five hundred
dollars. The plaintiffs sue in their capacity of executors of
Patrick M'Philin, deceased, and allege they have amicably
demanded the same, and payment has been refused. They
pray judgment.

The defendant admits his signature to the note, which he
avers was given on a settlement of accounts, between him
and the deceased, and that since he gave the note, M'Philin
became indebted to him in the sum of eight hundred and
eighteen dollars which he pleads in compensation and
reconvention.

The account for the reconventional demand is made out
against the executors of the deceased, and annexed to the
answer.

On the trial the defendant obtained leave to withdraw his
reconventional demand, and submitted the case on his
acknowledgment that he signed the note. From judgment
rendered against him, he appealed.

*Macready,* for the plaintiffs.

*Preston, contra.*

*Bullard, J.,* delivered the opinion of the court.

The present suit was brought on a promissory note duly
protested for non-payment. The defendant admitted his
signature but denied any amicable demand and alleged that

the note was given on settlement of accounts, but that the EASTERN DIST.
plaintiff's testator was indebted to him in a larger amount, *April*, 1835.
which he pleaded in compensation. Before the trial he was ORPHAN ASYLUM
permitted to withdraw his plea in compensation, and the *vs.* MISS. MARINE
case was tried on his admission that he signed the note. INS. CO.
Judgment was rendered in favor of the plaintiff, but without
costs, and the defendant appealed.

We see nothing in the record which could authorise the    When there is
appellant to hope for any relief in this court, against a  nothing in the record which
judgment rendered on his own confession, and we feel bound could authorise
to grant the prayer of the appellee and award him damages  the appellant to hope for any re-
for a frivolous appeal.                                    lief against a
                                                           judgment ren-
                                                           dered on his
                                                           confession, it
It is, therefore, ordered, adjudged and decreed, that the  will be affirmed,
judgment of the Parish Court be affirmed, with ten per cent. with ten per cent.
damages, and that the appellee pay the costs of this appeal. damages and
                                                           costs.